DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J. LAPRICE WILLIAMS,**
Appellant,

v.

**GALAXY PORTFOLIOS, LLC,**
Appellee.

No. 4D21-157

[February 4, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case Nos. 502018CC004504XXXXMB and 502019AP000101CAXXMB.

J. Laprice Williams, West Palm Beach, pro se.

David C. Fall of O&L Law Group, P.L., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***